IN RE: PICOU                                            CASE NO. 09-14006 "A"

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    112
                     60-249 / 433
                     13
                     3011

TID #380470

| Case | Debtor |
|---|---|
| 09-14006 A | PICOU, LARKE |
| 92005454251466 | |
| COMBINED SMALL CHECK | |

Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

Date  10/20/2010      $ ***********7.88

~~~Seven Dollars and 88/100

Pay to the Order of  U.S. Bankruptcy Court

Ronald J. Hof, Trustee

⑈000112⑈ ⑆043302493⑆ 92005454251466⑈

10/22/10
DEPOSITED TO 106000
UNCLAIMED UNDER $25.00.
DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227797    - KW
* * C O P Y * *
October 22, 2010
   14:11:19

UNC.UNDER$25
 09-14006
Debtor.: LARKE PICOU
Trustee: Ronald Hof
Amount.:              $7.88 CH
Check#.: 112

Total-> $7.88

FROM: HOF

# RONALD J. HOF

SUITE 2116
225 BARONNE STREET
NEW ORLEANS, LOUISIANA 70112

CHAPTER 7 TRUSTEE
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

TELEPHONE: (504)529-5540
FAX: (504)561-8089
E-MAIL: ronhof@bellsouth.net

October 20, 2010

Marla Hamilton
Clerk of Court, U.S. Bankruptcy Court
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re: Picou, Larke, No. 09-14006

Dear Marla:

In accordance with Bankruptcy Rule 3010(a), please find enclosed a check in the amount of $7.88, representing the combined total of two dividends in the above case in an amount less than $5.00. I am also enclosing my Claims Distribution Small Check report, which shows the claims and amounts represented by this check. If you should need any additional information, please feel free to contact me.

Sincerely,

Ronald J. Hof

RJH/sao
enclosures

Printed: 10/20/10 10:27 AM

Page: 1

## Claims Distribution Small Checks

### Trustee: Ronald J. Hof (380470)

**Case:** 09-14006 - PICOU, LARKE

| Account No. | Check No. | Issued | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Payee: | Priority | Claimant | | | | Check Amount: | $7.88 |
| 9200545425I466 | 112 | 10/20/10 | | | U.S. Bankruptcy Court | | | | | |
| | 1 | | 02/04/10 | 610 | Discover Bank | | 64.52 | 64.52 | 3.67 | 3.67 |
| | 3 | | 02/05/10 | 610 | American Infosource Lp As Agent for | | 73.97 | 73.97 | 4.21 | 4.21 |

(*) Denotes objection to Amount Filed